**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**UNITED STATES OF AMERICA**

**VS.**

**TRENTON HARRIS,**

        **Defendant**

NO. 5: 06-CR-78 (WDO)

**VIOLATIONS: Drug Related**

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Mr. Reza Sedghi of the Macon Bar; the United States was represented by Assistant U. S. Attorney Charles L. Calhoun. Based upon the evidence presented and proffered to the court by counsel for the parties and the contents of the Pretrial Service Report dated March 22, 2007, as well as argument and comments of counsel, I conclude that the following facts require the detention of the defendant pending the trial of this case

### PART I - FINDINGS OF FACT

☒ **(1)** There is PROBABLE CAUSE to believe that the defendant has committed an offense

    ☒ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

    ☐ under 18 U.S.C. §924(c).

☒ **(2)** The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ **(1)** There is a serious risk that the defendant will not appear.

☒ **(2)** There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence presented and proffered at the DETENTION HEARING, as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office dated March 22, 2007, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of defendant HARRIS and the safety of the community were he to be released from custody at this time. The offenses charged against the defendant are serious ones for which long-term imprisonment may be imposed in the event of a conviction after trial or a plea of guilty; his estimated guideline sentencing range is 151 to 188 months in prison. The weight of evidence is very strong with sales to undercover officers, as well as both audio and video recordings of the same. When arrested by U. S. Marshals, defendant HARRIS had in his possession a significant amount of what appeared to be crack cocaine in baggies, as well as a small amount of marijuana. He was arrested on property of the Sonny Carter Elementary School where he had delivered his son. He attempted to flee from the officers when they sought to arrest him and had to be restrained.

**Defendant HARRIS has a significant record of arrests and convictions going back to 1992. He has felony drug convictions as follows: VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT, 1995, Superior Court of Bibb County, Georgia; and, POSSESSION/MANUFACTURE/DISTRIBUTION OF MARIJUANA, 1996, Superior Court of Bibb County, Georgia. In addition, he has a misdemeanor conviction for Possession of Marijuana in 1999 in the State Court of Bibb County, Georgia.**

**Defendant HARRIS has a history of illegal drug usage going back some eleven years. He continues to use marijuana and cocaine on a sporadic basis; last usage for each- March, 2007..**

**For the foregoing reasons, pretrial detention is mandated and is SO ORDERED AND DIRECTED.**

### PART III - DIRECTIONS REGARDING DETENTION

**The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant sHARRIS be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility sHARRIS deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.**

**SO ORDERED, this 27th day of MARCH, 2007.**

**CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE**